**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **JEVEENA AVERY BELLINGER, et al.,** | |
| *Plaintiff,* | **Case No. 2:25-cv-02447-JDW** |
| v. | |
| **PHILADELPHIA KROC CENTER, et al.,** | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 5th day of March, 2026, upon consideration of the Motion For Summary Judgment of Defendant The Salvation Army, A New York Corporation (ECF No. 24), for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Defendant, The Salvation Army, A New York Corporation's Motion To Strike And/Or Preclude The Opinions Of Plaintiffs' Expert, J. Wright Leonard (ECF No. 25) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.